## Melvin SHAW, Plaintiff–Appellant

v.

### David SWEETIN, Warden; D. Reed, Correctional Officer; Sergeant Sharp, Defendants–Appellees.

No. 11–20522
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2012.

Melvin Shaw, Jr., Rosharon, TX, pro se.

Before SMITH, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM: *

Melvin Shaw, Texas prisoner # 605459, appeals the district court's dismissal of his 42 U.S.C. § 1983 action for want of prosecution. Although he renews the allegations of his complaint, Shaw does not challenge the district court's conclusion that he failed to comply with the court's order to either pay the filing fee or file an IFP application and thereby abandoned prosecution of his complaint. By failing to brief any argument challenging the district court's reason for dismissal, Shaw has abandoned the only basis for the appeal. *See Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987).

AFFIRMED.

---

\* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

